JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

This civil cover sheet is submitted for Clerk use in initiating the civil docket sheet. It does not replace the complaint.

**I. (a) PLAINTIFFS**

Jeffrey Bouey

**(b) County of Residence of First Listed Plaintiff**

Luzerne County, Pennsylvania

**(c) Attorneys / Pro Se**

Jeffrey Bouey, Plaintiff Pro Se
122 Willow Street, Plymouth, PA 18651
Tel: 862-202-7940 I jbouey2006@gmail.com

**DEFENDANTS**

The RealReal, Inc.

**County of Residence of First Listed Defendant**

(Not applicable - non-U.S. plaintiff case)

**Attorneys (If Known)**

Francis J. Giambalvo
Gordon Rees Scully Mansukhani, LLP
290 W. Mount Pleasant Ave., Suite 3310
Livingston, NJ 07039 I Tel: 973-549-2500

**II. BASIS OF JURISDICTION (Place an X in One Box Only)**

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

(For Diversity Cases Only - not applicable)

**IV. NATURE OF SUIT (Place an X in One Box Only)**

- ☐ 440 Other Civil Rights
- ☑ 442 Employment
- ☐ 445 ADA - Employment
- ☐ 790 Other Labor Litigation

**Selected Nature of Suit Code: 442 - Civil Rights: Employment**

**V. ORIGIN (Place an X in One Box Only)**

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District
- ☐ 6 MDL Transfer / 8 Direct File

**VI. CAUSE OF ACTION**

**U.S. Civil Statute:** 42 U.S.C. §§ 2000e-2 and 2000e-3(a) (Title VII)

**Brief description:** Protective Title VII action alleging race/color employment discrimination and retaliation arising from January 31, 2025 termination.

**VII. REQUESTED IN COMPLAINT**

- ☐ Class Action under Rule 23

**DEMAND $** Undetermined; statutory and equitable relief

**JURY DEMAND:** ☑ Yes ☐ No

**VIII. RELATED CASE(S), IF ANY**

**Judge:** Hon. Brian R. Martinotti, U.S.D.J. **Docket Number:** 2:26-cv-00394-BRM-JBC

**DATE** 09/21/2026 **SIGNATURE OF PLAINTIFF PRO SE** [signature]

Jeffrey Bouey, Plaintiff Pro Se

**FOR OFFICE USE ONLY**

RECEIPT # __________ AMOUNT __________ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

09/21/2026