Jeffrey Bouey
122 Willow Street
Plymouth, PA 18651
Telephone: 862-202-7940
Email: jbouey2006@gmail.com
**Plaintiff Pro Se**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JEFFREY BOUEY,**<br>122 Willow Street<br>Plymouth, PA 18651<br><br>Plaintiff,<br><br>v.<br><br>**THE REALREAL, INC.,**<br>a Delaware Corporation<br>55 Francisco Street, Suite 600<br>San Francisco, CA 94133<br><br>Defendant. | **Civil Action No. ________________**<br><br>Related to Civil Action No.<br>2:26-cv-00394-BRM-JBC<br><br>**PLAINTIFF'S RELATED-CASE AND PROTECTIVE-FILING STATEMENT** |

**PLAINTIFF'S RELATED-CASE AND PROTECTIVE-FILING STATEMENT**

Plaintiff Jeffrey Bouey, proceeding pro se, submits this statement together with the accompanying protective Complaint under Title VII of the Civil Rights Act of 1964, so that the related federal action and the pending arbitration are identified clearly at intake.

1. Related federal action. Bouey v. The RealReal, Inc., et al., Civil Action No. 2:26-cv-00394-BRM-JBC (D.N.J.) (Martinotti, J.; Clark, M.J.).

2. Status of the related action. That action was stayed by Order dated August 12, 2026, after the Court compelled Plaintiff's claims under 42 U.S.C. § 1981 to arbitration.

3. Pending arbitration. An employment arbitration before JAMS, arising from the same employment relationship and the same January 31, 2025 termination, is pending.

4. Purpose of this filing. This action preserves Plaintiff's newly exhausted Title VII claims for race and color discrimination and for retaliation within the ninety-day period stated in the EEOC's September 21, 2026 Notice of Right to Sue in Charge No. 524-2025-01140. Plaintiff does not seek through this filing to disturb, modify, or collaterally attack the August 12, 2026 Order.

5. Requested treatment. Pursuant to Local Civil Rule 40.1, Plaintiff respectfully requests that the Clerk and the Court treat this matter as related to Civil Action No. 2:26-cv-00394-BRM-JBC and assign it accordingly. Plaintiff has also identified the related action in Section VIII of the Civil Cover Sheet filed with the Complaint.

Respectfully submitted,

Jeffrey Bouey
Plaintiff Pro Se
122 Willow Street
Plymouth, PA 18651
Telephone: 862-202-7940
Email: jbouey2006@gmail.com

Dated: 09/21/2026