# EXHIBIT B

EEOC Determination on the Merits (Reasonable Cause)
Charge No. 524-2025-01140 | Issued September 9, 2026

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Newark Area Office

Two Gateway Center, Suite 1703
283-299 Market Street
Newark, NJ 07102
Website: www.eeoc.gov

September 9, 2026

**DETERMINATION**

Charging Party
Mr. Jeffrey Bouey
122 Willow St
Plymouth, PA 18651

Respondent
Therealreal
950 Convert Blvd
Perth Amboy, NJ 08861

**Jeffrey Bouey V. Therealreal**
**EEOC No 524-2025-01140**

On behalf of the U.S. Equal Employment Opportunity Commission ("Commission"), I issue the following determination on the merits of the subject charge filed under Title VII of the Civil Rights Act of 1964, as amended, in that Charging Party was discriminated against based on his race, color and national origin. Respondent is an employer within the meaning of the Act. All requirements for coverage have been met.

The Charging Party alleges that his employer discriminated against him based on his race, color, and national origin; Black, African American. He states that he experienced disparate treatment compared to his white colleagues, including being assigned significantly more Jira tickets than others on his team. Charging Party reported that he was the only Black engineer on the team and felt that his manager, Michael Sollenburger, was biased against him from the start. He also states that white employees were permitted to work remotely, while he was required to report to the worksite despite being hired as a remote employee. Charging Party asserted he maintained perfect attendance but was unfairly written up based on false information about his Jira performance. He had a total of 15 Jira tickets, while white colleagues had only 1 to 3. Charging Party was terminated on January 31, 2025, and was not given a reason for his termination.

The Charging Party has established a prima facie case of employment discrimination under Title VII of the Civil Rights Act of 1964, as amended. Specifically, the Charging Party alleges that he was disparately treated in comparison to his white colleagues and was then terminated even while meeting companies expectations. Once a prima facie case of discrimination has been established, the burden shifts to the Respondent to articulate a legitimate, nondiscriminatory reason for the actions taken.

The Commission has repeatedly sought a response and documents pertaining to the Charging Party's allegations under Title VII of the Civil Rights Act of 1964, as amended.

Respondent has failed to produce key documents that could potentially support its defense despite being requested to do same. Absent adequate documentation to support its defense, the Commission must conclude that more credibility should be assigned to Charging Party's contention that race, color and national origin played a factor in his termination.

This determination is final. The statute requires that, if the Commission determines that there is reasonable cause to believe that violations have occurred, it shall endeavor to eliminate the alleged unlawful employment practices by informal methods of conference, conciliation, and persuasion. Having determined that there is reason to believe that violations have occurred, the Commission now invites Respondent to join with it in an effort toward a just resolution of this matter. If you wish to participate in conciliation, please email Investigator Rury Arzu at rury.arzu@eeoc.gov within 10 days from your receipt of this letter.

If Respondent declines to enter into conciliation discussions, or when the Commission's representative for any reason is unable to secure a settlement acceptable to the Commission, the Commission shall so inform the parties in writing and advise them of the court enforcement alternative available to the Charging Party, aggrieved persons and the Commission. The confidentiality provisions of the statute and Commission Regulations apply to information discussed or given during conciliation.

On behalf of the Commission:

John Waldinger Digitally signed by John Waldinger
Date: 2026.09.09 13:59:15 -04'00'

Date: September 9, 2026

John Waldinger
Area Director